AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

NORTHERN   District of   NEW YORK

| | |
|---|---|
| United States of America<br>v.<br><br>Mitchell Krasnow<br>*Defendant* | )<br>)<br>) Case No.  8:13-m-501(LAK)<br>)<br>) |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 15 2013
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Plattsburgh

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of   October 13, 2013   in the county of   Clinton   in the   Northern   District of   New York  , the defendant violated   8   U. S. C. §   1324(a)(2)(B)(iii)  , an offense described as follows:

Mitchell Krasnow, knowing and in reckless disregard of the fact that, an alien, Emmanuel Marx, had not received prior official authorization to come to, enter, or reside in the United States, did bring to and attempt to bring to the United States, such alien near Champlain, NY on October 13, 2013, and such alien was not upon arrival immediately brought and presented to an appropriate immigration Officer at a designated Port of Entry. All in violation of 8 USC 1324(a)(2)(B)(iii).

This criminal complaint is based on these facts:

On October 13 2013, defendant, a United States Citizen, was apprehended by Royal Canadian Mounted Police (RCMP) officers after driving Emmanuel Marx to a spot in Canada just north of the Meridian Road in Champlain, New York along the US/Canadian border. Emmanuel Marx was later apprehended by Border Patrol Agents on Meridian Road in Champlain, New York. It was determined that Emmanuel Marx had entered the United States, without inspection, at Meridian Road. RCMP officer's located Emmanuel Marx's personal belonging including his French passport in the rental vehicle driven by the defendant.

Defendant was directed by RCMP officers to report to U.S. Customs and Border Protection (CBP) at the Champlain, NY Port of Entry. During questioning by a Customs and Border Protection (CBP) officer at the Champlain, NY Port of Entry, defendant admitted to dropping Emmanuel Marx off on the north side of the border so that he could enter the United States, without inspection, by foot. Defendant further admitted that he intended to pick up Emmanuel Marx in the United States in Champlain, New York, where the two would continue travel south to New York City, NY

Agency record checks revealed Emmanuel Marx applied to enter the United States, multiple times, under the ESTA (Electronic System Travel Authorization) program however, his applications were denied due to a previous overstay. Defendant admitted to knowing that Emmanuel Marx's ESTA application had been denied and to knowing that he was a citizen of France, who didn't have a visa to lawfully enter the United States.

*Complainant's signature*
Jason Brault, CBPOE
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   October 15, 2013

*Judge's signature*
Larry Kudrle, U.S. Magistrate Judge, N.D.N.Y.
*Printed name and title*

City and state:    Plattsburgh, NY